UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

SANDY J. BATTISTA,
    Plaintiff,

VS.

ROBERT MURPHY, Superintendent, et al.,
    Defendant's.

)
)
)  CIVIL ACTION
)  NO.
)
)

*(Filed stamp: U.S. DISTRICT COURT, CLERKS OFFICE, DISTRICT OF MASS., 2003 DEC 23 A 11: 43)*

### PLAINTIFF'S MOTION TO WAIVE SERVICE BY THE UNITED STATES MARSHALL'S OF THE COMPLAINT AND SUMMONS

Plaintiff, Sandy J. Battista, acting pro-se in the above entitled action, respectfully moves this Honorable Court to waive the service of the Complaint and Summons by the United States Marshall's Service.

Plaintiff moves that she be allowed to make service of the Complaint and Summons via first class mail, postage prepaid, certified mail, return receipt requested, in accordance with Rule 4, FRCP.

Dated: 12/16/03.

Respectfully submitted,

*(signature)*
Sandy J. Battista, #M-15930
Plaintiff/Pro-se
Mass. Treatment Center
30 Administration Rd.
Bridgewater, Mass. 02324