UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

SANDY J. BATTISTA,
    Plaintiff,

vs.

ROBERT MURPHY, Superintendent,
    Defendant.

CIVIL ACTION
NO. 03-CV-12643-MEL.

## MOTION TO WAIVE FILING FEES AND TO PROCEED IN FORMA PAUPERIS

Plaintiff, Sandy J. Battista, acting pro-se in the above entitled matter, respectfully requests that this Honorable Court waive the filing fees in this action and allow her to proceed in forma pauperis. As grounds thereto, plaintiff states the following:

1) Plaintiff has been in the Department of Correction since February 28, 1983. Whereas, she has not had the opportunity since to be gainfully employed.

2) On 5/29/01, plaintiff was discharged from her previous sentences of incarceration.

3) On 5/15/03, plaintiff was adjudicated by the Worcester County Superior Court as being a "sexually dangerous person" and civilly committed to the Treatment Center.

4) Persons civilly committed to the Treatment Center fall outside the scope of the Prison Litigation Reform Act. See King vs. Greenblatt, 53 F.Supp.2d 117, 137-38 (D.Mass. 1999); Troville vs. Venz, 303 F.3d 1256 (11th Cir. 2002); see also West vs. Macht, 986 F.Supp. 1141 (W.D.Wis. 1997).

5) Having been in custody for the last 20+ years, plaintiff has no property, real estate, stocks, bonds, notes, automobiles, etc.. Except a small inheritance from her fathers passing in 2001. Which is exempt from taxes and not considered income under the Social Security Administration Act.

6) Plaintiff is not currently employed, has not been employed within the past six months, nor does she expect to be employed in the next six months. Therefore, cannot financially afford the cost of the filing fee in this action.

7) This Court and the First Circuit Court of Appeals has just recently declared this plaintiff as being indigent. See Notice of Electronic Filing in Sandy J. Battista vs. John J. Conte, et al., U.S.Dist.Ct.C.A.No.02-CV-40181-NMG(attached); see also ORDER OF THE COURT dated 12/10/03 in Sandy J. Battista vs. John J. Conte, et al., U.S.Ct.App.C.A.No.03-2220(attached).[1]

WHEREFORE, it is respectfully prayed that this Court ALLOW this motion and waive the filing fee and grant plaintiff in forma pauperis status.

Dated: 1/29/04 .

Respectfully submitted,

Sandy J. Battista, #M-15930
Plaintiff/Pro-se
Mass. Treatment Center
30 Administration Rd.
Bridgewater, Mass. 02324

---

[1] Plaintiff has just received additional notice by this Court, after drafting the enclosed motion, of being declared indigent. See Order on Motion to Waive Filing Fees and Costs in Sandy J. Battista vs. Forensic Health Services, Inc., U.S.Dist.Ct.C.A.No.03-11161-NG (also attached).

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Castles, Martin entered on 1/14/2004 at 4:30 PM EST and filed on 1/14/2004
Case Name: Battista v. Conte, et al
Case Number: 4:02-cv-40181
Filer:
WARNING: CASE CLOSED on 07/24/2003
Document Number:

Docket Text:
Judge Nathaniel M. Gorton : Electronic ORDER entered granting [20] Motion for Leave to Appeal in forma pauperis. (cc/cl) (Castles, Martin)

The following document(s) are associated with this transaction:


4:02-cv-40181 Notice will be electronically mailed to:

4:02-cv-40181 Notice will not be electronically mailed to:

Sandy J. Battista
Massachusetts Treatment Center
30 Administration Road
Bridgewater, MA 02324-3230

Annette C. Benedetto
Department of Attorney General
McCormack Building
One Ashburton Place
Boston, MA 02208

# United States Court of Appeals
## For the First Circuit

No. 03-2220

SANDY J. BATTISTA, F/K/A DAVID MEGARRY,

Plaintiff, Appellant,

v.

JOHN J. CONTE, ET AL.,

Defendants, Appellees.

ORDER OF COURT

Entered: December 19, 2003

Since appellant, as a civilly committed patient at the Massachusetts Treatment Center, is not a prisoner under the terms of the Prison Reform Litigation Act, see Perkins v. Hedricks, 340 F.3d 582, 583 (8th Cir. 2003); Troville v. Venz, 303 F.3d 1256, 1559-60 (11th Cir. 2002); Yoder v. Patla, 234 F.3d 1275 (7th Cir. 2000); Page v. Torrey, 201 F.3d 1136, 1139-40 (9th Cir. 2000), the order of this court, dated September 22, 2003, denying appellant's request to be afforded in forma pauperis status is vacated.

Appellant's motion to be allowed to file his appeal in forma pauperis is denied, without prejudice to his seeking such status in the district court. See Fed. R. App. P. 24(a)(1).

By the Court:

Richard Cushing Donovan, Clerk.

cc: Sandy J. Battista
Annette C. Benedetto, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SANDY J. BATTISTA,
                Plaintiff,

                                                    Civil Action

        v.
                                                    No. 03-11161-NG

FORENSIC HEALTH SERVICES INC.,
                Defendant.

ORDER ON MOTION TO WAIVE FILING FEES AND COSTS

Having considered the plaintiff's Motion to Waive Filing Fees and Costs under 28 U.S.C. § 1915;

☒    In accordance with Fed. R. Civ. P. 5(e), the clerk assigned this action Civil Action No. 03-11161-NG.

It is ORDERED that:

☒    The motion to waive filing fees and costs is GRANTED.

☒    It is FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff with all costs of service to be advanced by the United States.

☐    It is FURTHER ORDERED that the complaint be dismissed pursuant to 28 U.S.C. § 1915(e) without further notice after thirty-five (35) days from the date of this Order, unless before that time plaintiff shows good cause, in writing, why this case should not be dismissed for the reasons stated in the accompanying memorandum.

☐    It is FURTHER ORDERED that the application is DENIED for the reasons stated in the accompanying memorandum.


12/23/03                                    /s Nancy Gertner
DATE                                        UNITED STATES DISTRICT JUDGE

(ifpnonpr.ord - 9/20/96)                                              [olfp.]

Sandy J. Battista, #M-15930
Mass. Treatment Center
30 Administration Rd.
Bridgewater, Mass. 02324

FILED
CLERK'S OFFICE

2004 -2 P 3: 44

DISTRICT COURT
DISTRICT OF MASS.

Dated: 1/29/04      .

Clerk of Courts
U.S. District Court
1 Courthouse Way, Suite 2300
Boston, Mass. 02210

      RE: <u>Battista vs. Murphy, et al.</u>
          U.S.Dist.Ct.C.A.No.03-12643-MEL.

Dear Clerk:

    Please find enclosed for filing in the above-entitled cation the following:

- Motion to Waive Filing Fees and to Proceed in Forma Pauperis;
- Motion to Leave to Amend Complaint; and
- Amended Complaint.

    Thank you for your attention in this matter.

Sincerely,

/s/ Sandy J. Battista
Sandy J. Battista, #M-15930
Plaintiff/Pro-se

cc: S.J.B.(FILE)