UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

SANDY J. BATTISTA,
    Plaintiff,

vs.

ROBERT MURPHY, Superintendent,
    Defendant.

CIVIL ACTION
NO. 03-CV-12643-MEL.

## MOTION FOR LEAVE TO AMEND COMPLAINT

Plaintiff, Sandy J. Battista, acting pro-se in the above entitled matter, respectfully request this Honorable Court for leave to file an Amended Complaint. As reasons thereto, plaintiff states the following:

1) Upon drafting her original Complaint, plaintiff inadvertently added a claim, if litigated, may question the legality of her commitment. Such a claim can only be brought under a Petition for Writ of Habeas Corpus.

2) As of date, one of the listed defendant's, Michael T. Maloney, the Commissioner of Corrections is no longer employed by the Department of Corrections.

Therefore, plaintiff respectfully requests that this Court ALLOW this motion and accept the accompanying Amended Complaint as if originally filed.

Dated: 1/29/04.

Respectfully submitted,

Sandy J. Battista, #M-15930
Plaintiff/Pro-se
Mass. Treatment Center
30 Administration Rd.
Bridgewater, Mass. 02324