```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS

SANDY J. BATTISTA,              )
        Plaintiff,              )
                                )   Civil Action No. 03-12643-MEL
        v.                      )
                                )
ROBERT MURPHY, et al.,          )
        Defendants.             )
```

MEMORANDUM AND ORDER

For the reasons stated below, plaintiff's Motion to Waive Service is denied without prejudice; plaintiff's Motion to Waive Filing Fees and to Proceed In Forma Pauperis is denied without prejudice; and plaintiff's Motion for Leave to Amend is granted. Plaintiff is further advised that this action shall be dismissed without prejudice, thirty-five days from the date of this Memorandum and Order, unless before that time, plaintiff either pays the $150 filing fee or files an application to proceed without prepayment of the filing fee on the form provided by the Clerk.

BACKGROUND

On December 23, 2003, Sandy J. Battista, a civilly committed patient[1] at the Massachusetts Treatment Center, submitted for filing her civil rights complaint accompanied by

---

[1] The Court recognizes that the pleadings refer to plaintiff with female pronouns and will refer to plaintiff using female pronouns.

1

a Motion to Waive Service by the United States Marshals Service of the Complaint and Summons (Docket No. 1). On February 2, 2004, plaintiff filed a Motion to Waive Filing Fees (Docket No. 2); Motion for Leave to Amend Complaint (Docket No. 3); and plaintiff's Amended Verified Complaint (Docket No. 4).

DISCUSSION

I.   Filing Fee

A party filing a civil complaint in this Court must either (1) pay the $150.00 filing fee or (2) file an Application to Proceed Without Prepayment of Filing Fees and Affidavit. See 28 U.S.C. 1914(a) ($150.00 filing fee); 28 U.S.C. 1915 (proceedings in forma pauperis). Plaintiff, as a civilly committed patient, is not subject to the fee-paying requirements of the Prison Litigation Reform Act. Civilly-committed residents at treatment center are not "prisoners" within the meaning of 28 U.S.C. § 1915(h). See King v. Greenblatt, 53 F. Supp.2d 117, 138 (D. Mass. 1999). However, pursuant to Section 1915(a)(1), all persons who wish to proceed in forma pauperis, regardless of whether or not they are considered a "prisoner," must submit an affidavit that includes a statement of all their assets and that he or she is unable to pay the filing fee. See 28 U.S.C. 1915(1)(1).

For the convenience of litigants, this Court provides a standardized form for applications for waiver of the filing fee entitled "Application to Proceed Without Prepayment of Fees and Affidavit."  Although this Court does not require by local rule that litigants use this form for their applications, the use of the form is suggested because it assists parties by soliciting the necessary information.  Because plaintiff has not paid the filing fee or filed a request to waive the filing fee on the form provided by the Court, she will be granted additional time to do so.

    II.   Motion For Leave to Amend

Under Federal Rule of Civil Procedure 15, a party may amend his pleading once as a matter of course at any time before a responsive pleading is served.  See Fed. R. Civ. P. 15(a).  Because the complaint has not yet been served on defendants, plaintiff's motion to file an amended complaint is granted.

ORDERS

Accordingly, it is hereby

ORDERED, plaintiff's motion to waive service by the United States Marshals Service (Docket No. 1) is denied without prejudice; and it is further

ORDERED, plaintiff's motion for leave to amend (Docket

No. 3)is granted; and it is further

ORDERED, plaintiff's motion to waive filing fees and proceed in forma pauperis (Docket No. 2) is denied without prejudice.  Plaintiff is advised that this action shall be dismissed without prejudice, thirty-five days from the date of this Memorandum and Order, unless before that time, plaintiff either pays the $150 filing fee or files an application to proceed without prepayment of the filing fee on the form provided by the Clerk.  The Clerk is directed to send plaintiff a copy of the Application to Proceed Without Prepayment of Fees and Affidavit with this Order.  SO ORDERED.

Dated at Boston, Massachusetts, this 25th day of February, 2004.

                                     /s/ Morris E. Lasker
                                    Morris E. Lasker
                                    UNITED STATES SENIOR DISTRICT JUDGE