UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SANDY J. BATTISTA, )
    Plaintiff, )
  )
vs. ) CIVIL ACTION
 ) NO.03-12643-MEL.
ROBERT MURPHY, Superintendent, et al., )
    Defendant's. )

### SUPPLEMENTAL AFFIDAVIT OF THE PLAINTIFF IN SUPPORT OF APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES

I, Sandy J. Battista, on oath deposes and says as follows:

1) That on 3/2/04, I submitted my Application to Proceed Without Prepayment of Fees and Affidavit.

2) That since the above filing, my financial status has decreased, as reflected by the attached current computer print out of my accounts from date of filing thru date.

3) That the decrease in funds was not to avoid the ability to pay filing fees, but to purchase necessary personal clothing and weekly hygiene supply's, along with weekly postage for on-going legal pursuits.

Signed under the pains and penalties of perjury this 26th day of May, 2004.

                              Sandy J. Battista, #M-15930
                              Plaintiff/Pro-se
                              Mass. Treatment Center
                              30 Administration Rd.
                              Bridgewater, Mass. 02324