UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SANDY J. BATTISTA,            )
    Plaintiff,                )
                              )
vs.                           )   CIVIL ACTION
                              )   NO. 03-12643-MEL
ROBERT MURPHY, Superintendent, et al., )
    Defendants.               )

### PLAINTIFF'S NOTICE OF APPEAL FROM ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES

Plaintiff, Sandy J. Battista, acting pro-se in the above entitled matter, hereby gives notice of her intent to file an [interlocutory appeal] to the First Circuit Court of Appeal's, from this Court's (Lasker, J.) ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES, dated 5/25/04.

Dated: 6/1/04.              Respectfully submitted,

                            _____
                            Sandy J. Battista, #M-15930
                            Plaintiff/Pro-se
                            Mass. Treatment Center
                            30 Administration Rd.
                            Bridgewater, Mass. 02324