UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SANDY J. BATTISTA,           )
    Plaintiff,            )
                          )
vs.                          )   C.A.No.03-12643-MEL
                          )
ROBERT MURPHY, et al.,       )
    Defendant's.          )
-------------------------------
SANDY J. BATTISTA,           )
    Plaintiff,            )
                          )   C.A.No.04-10226-MEL
vs.                          )
                          )
ROBERT MURPHY, et al.,       )
    Defendant's.          )

*FILED IN CLERK'S OFFICE*
*2004 JUL -2 P 12: 52*
*U.S. DISTRICT COURT*
*DISTRICT OF MASS.*

### PLAINTIFF'S NOTICE OF APPEAL

Plaintiff, Sandy J. Battista, acting pro-se in the above entitled actions, hereby gives her notice to appeal to the First Circuit Court of Appeals from this Court's June 21, 2004 Order(s) denying her Motion(s) for Reconsideration of the denial of her Applications to Proceed Without Prepayment of Fees.

Dated: 6/29/04.                Respectfully submitted,

                                                                     /s/ Sandy Battista
                                          Sandy J. Battista, #M-15930
                                          Plaintiff/Pro-se
                                          Mass. Treatment Center
                                          30 Administration Rd.
                                          Bridgewater, Mass. 02324