UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SANDY J. BATTISTA,
    Plaintiff,

vs.

                               C.A.NO.03-12643-MEL.

ROBERT MURPHY, Superintendent, et al.,
    Defendant's.

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Sandy J. Battista, acting pro-se in the above entitled, hereby gives notice of her voluntary dismissal of the Complaint in this action. As reasons, plaintiff states as follows:

1) On 5/25/04, this Court (Lasker, J.) denied plaintiff's Application to Proceed Without Prepayment of Fees.

2) On 6/1/04, plaintiff filed her notice of intent to file an [Interlocutory Appeal] to the United States Court of Appeals from this Court's denial of her application.

3) On 10/13/04, the Appeals Court denied plaintiff's interlocutory appeal, declaring that this Court did not error in denying plaintiff's request to proceed in forma pauperis.

4) Plaintiff's funds, as of date, have depleted drastically since her original filings above due to necessary personal hygiene and clothing purchases. And as such, is without adequate funds [at present] to financially afford the cost of filings fees, therefore, must under duress voluntarily abandoned the action at issue.

-2-

Dated: 10/21/04.

Respectfully submitted,

*[signature]*
Sandy J. Battista, #M-15930
Plaintiff/Pro-se
Mass. Treatment Center
30 Administration Rd.
Bridgewater, Mass. 02324