# United States Court of Appeals
## For the First Circuit

**MANDATE**

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: NOV 08 2004

No. 04-1676
   04-1708
   D.C. #04-10779
   J. Woodlock

SANDY J. BATTISTA,

Plaintiff, Appellant,

v.

DUANE MACEACHERN, ET AL.,

Defendants, Appellees.

No. 04-1740
   D.C. #04-10890
   J. Lasker

SANDY J. BATTISTA,

Plaintiff, Appellant,

v.

MARYANNE PERCUOCO, ET AL.,

Defendants, Appellants.

No. 04-1782
   04-1978
   D.C. #03-12643
   04-1783
   04-1979
   D.C. #04-10226
   J. Lasker

SANDY J. BATTISTA,

Plaintiff, Appellant,

v.

ROBERT MURPHY, ET AL.,

Defendants, Appellees.

---

Before

Campbell, <u>Senior Circuit Judge</u>,
Torruella and Selya, <u>Circuit Judges</u>.

---

JUDGMENT

Entered: October 13, 2004

The record indicates that appellant possesses sufficient funds to pay the fees in any one of the instant cases he so chooses. In such circumstances, no court erred in denying appellant's request for <u>in forma pauperis</u> status.

<u>Affirmed</u>.

By the Court:

Richard Cushing Donovan, Clerk.

By: __**MARGARET CARTER**__
      Chief Deputy Clerk.

Certified Copies to: Hon. Douglas P. Woodlock
                     Hon. Morris E. Lasker
                     Mr. Anastas, Clerk USDC

cc:  Messrs. McFarland, Reilly & Ms. Battista